IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UCP INTERNATIONAL COMPANY LIMITED and GLOBAL UNITED ENTERPRISES LIMITED,<br><br>   Plaintiffs,<br><br>  v.<br><br>BALSAM BRANDS INC., *et al.*,<br><br>   Defendants. | No. C 16-07255 WHA<br><br>**ORDER TO SHOW CAUSE** |

In briefing plaintiffs' motion to disqualify Attorney Jonathan Bass (Dkt. No. 79), both sides shall please **SHOW CAUSE** why the Court should (or should not) apply as the rule of decision the proposition that, where a judge has made rulings or indicated probable rulings in a case, a party adversely affected thereby may not add the judge's former law firm as additional counsel for the purpose of inducing a recusal and thereby causing reassignment of the case to a different judge. Both sides shall further **SHOW CAUSE** why the Court should (or should not) disqualify the judge's former law firm from participating in the case under such circumstances.

**IT IS SO ORDERED.**

Dated: July 8, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE